1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant U.S. Attorney
5
       450 Golden Gate Ave (11th Floor)
6      San Francisco, CA 94102
       Telephone: (415) 436-7223
7      Facsimile: (415) 436-7234

8  Attorneys for the United States

**MEJ**

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION   3 - 0 8 - 7 0 0 7 4
12

13 | UNITED STATES OF AMERICA,        )   CRIMINAL NO.
                                      )
14 |     Plaintiff,                   )
                                      )   NOTICE OF PROCEEDINGS ON
15 |     v.                           )   OUT-OF-DISTRICT CRIMINAL
                                      )   CHARGES PURSUANT TO RULES
16 | PAUL ANDERSON                    )   5(c)(2) AND (3) OF THE FEDERAL
                                      )   RULES OF CRIMINAL PROCEEDING
17 |     Defendant.                   )
                                      )
18 |_____     )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on February 12, 2008, the above named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon a Criminal Complaint pending in the Eastern District

22 of Virginia Case Number 1: 07mj1038.

23     The defendant is charged with a violation of 21 U.S.C. Sections 846 and 841(a)(1)–

24 Conspiracy to distribute more than 5 kilograms or more of a detectable amount of cocaine, a

25 \\\

26 \\\

27 \\\

28 \\\

1 | Schedule II Controlled Substance.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 2/12/08

BARBARA SILANO
Assistant U.S. Attorney