JEFFREY L. BORNSTEIN (State Bar No. 99358)
KARA V. WARNER (State Bar No. 244964)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant
PAUL VALLE ANDERSON

**FILED**
FEB 2 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL VALLE ANDERSON, <br><br> Defendant. | Case No.: 3-08-MJ-70074 <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

I, Jeffrey L. Bornstein, hereby declare as follows:

1. I am employed by Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates") as an attorney. K&L Gates represents PAUL VALLE ANDERSON in the above-captioned matter. I have personal knowledge of those matters stated herein and could and would competently testify thereto.

2. I have been informed by the United States Attorney's Office in the Eastern District of Virginia that they are proposing to dismiss the case against Mr. Anderson and an order of dismissal has been submitted to the Court in the Eastern District of Virginia. A copy of their proposed dismissal is attached as Exhibit A.

---
1
DECLARATION OF COUNSEL IN SUPPORT OF REQUEST
FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS
(3-08-MJ-70074)

3. In the interim, Mr. Anderson is requesting permission to travel to Indianapolis, Indiana to attend a training course on March 2, 2008 through March 7, 2008. Mr. Anderson was recently hired by ADT as an alarm installer. ADT is offering training to Mr. Anderson at their training facilities in Indianapolis, Indiana and therefore Mr. Anderson is requesting permission to travel.

4. I have spoken with Assistant United States Attorneys Dennis Fitzpatrick and Barbara Silano and Pretrial Services Officer Paul Mamaril and they have no objection to Mr. Anderson's travel request. A copy of Pretrial Services Officer Paul Mamaril's e-mail is attached as Exhibit B.

5. It is therefore requested that Mr. Anderson be allowed to travel on March 2, 2008 to Indianapolis, Indiana. He will return to this district on or before March 7, 2008.

Executed this 28th day of February, 2008, at San Francisco, California.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
JEFFREY L. BORNSTEIN
KARA V. WARNER
Attorneys for PAUL VALLE ANDERSON

2
DECLARATION OF COUNSEL IN SUPPORT OF REQUEST
FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS
(3-08-MJ-70074)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.  1:07 cr 499-gbl-5 |
| v. | ) | 1:07 mj 1038 |
| | ) | |
| PAUL ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | The Honorable Gerald Bruce Lee |

**MOTION TO DISMISS**

Pursuant to FED. R. CRIM. P. 48(a), the government hereby moves this Honorable Court to dismiss the charge in the pending indictment against the defendant Paul Anderson.

Respectfully Submitted,

CHUCK ROSENBERG
United States Attorney

By:     /s/
Dennis M. Fitzpatrick
Virginia Bar No.: 44858
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3954
Fax: 703-299-3981
Email Address: dennis.fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February, 2008, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record in this matter. Additionally, I CERTIFY that I sent a copy today of this motion and the proposed order to via email to counsel for Paul Anderson at jeff.bornstein@klgates.com .

\s\
Dennis M. Fitzpatrick
Virginia bar No.: 44858
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3954
Fax: 703-299-3981
Email Address: dennis.fitzpatrick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case 1:07 cr 499-gbl-5 |
| v. | ) | 1:07 mj 1038 |
| | ) | |
| PAUL ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | The Honorable Gerald Bruce Lee |

**ORDER**

On the motion of the United States, it is hereby **ORDERED** that count in the pending indictment against the defendant Paul Anderson is dismissed.

_____
Gerald Bruce Lee
United States District Judge

Date: _____
Alexandria, Virginia

# EXHIBIT B

## Chu, Mae A.

**From:** Paul_Mamaril@canpt.uscourts.gov
**Sent:** Wednesday, February 27, 2008 3:31 PM
**To:** Bornstein, Jeffrey L.
**Subject:** Paul Anderson

Jeff,

I spoke with Mr. Anderson regarding a business trip to Indianapolis from 3/2/08-3/7/08. I have no objection to this travel request. I advised him that his attorney will need to propose a travel request with the court. Mr. Anderson still needs court permission to travel outside the jurisdiction as the dismissal order has not been signed off from the Judge. If you have any questions, please let me know. Thanks.



Paul Mamaril
U.S. Pretrial Services Officer
Nothern District of California
1301 Clay Street, Suite 100C
Oakland, CA 94612
510-637-3757 Work
510-846-6624 Cell
510-637-3761 Fax

02/27/2008