

**FILED**

FEB 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3-08-MJ-70074 |
| Plaintiff, | ) [PROPOSED] ORDER |
| vs. | ) |
| PAUL VALLE ANDERSON, | ) |
| Defendant. | ) |

For good cause shown,

IT IS HEREBY ORDERED that Mr. Anderson, while on pretrial release and as part of his condition of pretrial release, shall be allowed to travel to and from Indianapolis, Indiana from March 2, 2008 through March 7, 2008 for business-related training. All other conditions of pretrial release remain the same.

DATED: February 28th, 2008

MAGISTRATE MARIA ELENA JAMES
United States District Court
NANDOR J. VADAS
U.S. Magistrate Judge