UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3-08-MJ-70074 |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL VALLE ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

For good cause shown,

IT IS HEREBY ORDERED that Mr. Anderson's bail be exonerated and that his passport be returned to him.

.

DATED: March ___, 2008          _____
                                 MAGISTRATE JOSEPH C. SPERO
                                 United States District Court