JEFFREY L. BORNSTEIN (State Bar No. 99358)
KARA V. WARNER (State Bar No. 244964)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 882-8200
Fax:        (415) 882-8220

Attorneys for Defendant
PAUL VALLE ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL VALLE ANDERSON,<br><br>Defendant. | Case No.: 3-08-MJ-70074<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF REQUEST TO EXONERATE BOND AND RELEASE OF PASSPORT** |

I, Jeffrey L. Bornstein, hereby declare as follows:

1. I am employed by Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates") as an attorney. K&L Gates represents PAUL VALLE ANDERSON in the above-captioned matter. I have personal knowledge of those matters stated herein and could and would competently testify thereto.

2. The Indictment pending against Mr. Anderson has been dismissed by the Eastern District of Virginia. A copy of the Order is attached as Exhibit A.

///

///

---

1

DECLARATION OF COUNSEL IN SUPPORT OF REQUEST
TO EXONERATE BAIL AND RELEASE OF PASSPORT
(3-08-MJ-70074)

3. Mr. Anderson is hereby requesting that his bond be exonerated and his passport be returned to him.

Executed this 3rd day of March, 2008, at San Francisco, California.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
JEFFREY L. BORNSTEIN
KARA V. WARNER
Attorneys for PAUL VALLE ANDERSON

---

DECLARATION OF COUNSEL IN SUPPORT OF REQUEST
TO EXONERATE BAIL AND RELEASE OF PASSPORT
(3-08-MJ-70074)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
FEB 2 9 2008
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case 1:07 cr 499-gbl-5 |
| v. ) | 1:07 mj 1038 |
| ) | |
| PAUL ANDERSON, ) | |
| ) | |
| Defendant. ) | The Honorable Gerald Bruce Lee |

## ORDER

On the motion of the United States, it is hereby **ORDERED** that count in the pending indictment against the defendant Paul Anderson is dismissed.

/s/
Gerald Bruce Lee
~~United States District Judge~~
Gerald Bruce Lee
United States District Judge

Date: February 29, 2008
Alexandria, Virginia