1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  3-08-MJ-70074 |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| vs. | ) | |
| PAUL VALLE ANDERSON, | ) | |
| Defendant. | ) | |
| ——————————————————— | ) | |

For good cause shown,

IT IS HEREBY ORDERED that Mr. Anderson's bail be exonerated and that his passport
be returned to him.

.

DATED:  March 6 , 2008

IT IS SO ORDERED

Judge Maria-Elena James

M_____SPERO
Un_____

cc:  Finance Dept.