

**FILED**

MAR - 7 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
Eastern Dist. of VA
401 Courthouse Sq.
Alexandria VA 22314

Feb. 25, 2008

Case Name:    3-08-70074
Case Number: USA v. Paul V. Anderson
Charges:    21 246, 841

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria Elena James  The following action has been taken:

⊗    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

The defendant has a court appearance in your court on: on before 3/20/08

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of AO 94, Commitment to Another District

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____          **CLERK, U.S. DISTRICT COURT**